Criminal Std (6/13/2012)

HONORABLE: **D. F. Martinez**
DEPUTY CLERK **R. K. Wood**   RPTR/ECRO/TAPE **FTR**
USPO **P. Collette**   INTERPRETER _____

TOTAL TIME: ___ hours **6** minutes
DATE: **Feb 8, 2018**   START TIME: **12:44 p.m.**   END TIME: **12:50 p.m.**

## COURTROOM MINUTES

- [x] IA-INITIAL APPEAR **2**
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [x] DETENTION HRG **3m**
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [ ] STATUS CONF
- [x] MOTION HRG **1m**

CRIMINAL NO. **3:18MJ159 (DFM)**   DEFT # **1**

**UNITED STATES OF AMERICA**
vs
**CHRISTOPHER HAMLETT**

**N. Gifford**
AUSA

**J. Maguire**
Counsel for Defendant Ret  [ ] CJA  [ ] PDA  [x]

- [ ] ....... Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [x] ...... [x] Arrest Date (CT Case): **02-08-2018**  [ ] Case unsealed or [ ] Rule 5 arrest, ___ Dist of ___
- [x] ...... CJA 23 Financial Affidavit filed [x] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [x] ...... Court appoints Attorney **J. Maguire** to represent defendant for [ ] this proceeding only [x] all proceedings
- [ ] ...... Appearance of ___ filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of ___ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ...... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [ ] ...... Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s) ___ of the ___ (indict, superseding indict, info)
- [ ] ...... Petition to Enter Guilty Plea filed
- [ ] ...... Defendant motions due ___ ; Government responses due ___
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] ....... Hearing on Pending Motions scheduled for ___ at ___
- [ ] ...... Jury Selection set for ___ at ___
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [ ] ...... Sentencing set for ___ at ___ [ ] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $___ on count(s) ___. Total $___ [ ] Due immediately [ ] Pay at sentencing
- [ ] ...... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Order of Detention filed
- [ ] ...... Deft ordered removed/committed to originating /another District of ___
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Bond [ ] set at $___ [ ] reduced to $___ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ...... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [x] ...... Defendant detained
- [x] ...... Detention Hearing [ ] waived [x] set for **2/15/18 at 12:15 p.m.** [ ] continued until ___
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for  [ ] conditions of bond  [x] additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ....... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Deft ___ Motion ___ | | ☐ | ☐ | ☐ |
| ☐ ..... # ___ Deft ___ Motion ___ | | ☐ | ☐ | ☐ |
| ☒ ..... #5 Govt Motion for Pretrial Detention | | ☐ | ☐ | ☒ |
| ☐ ..... # ___ Govt Motion ___ | | ☐ | ☐ | ☐ |
| ☐ ..... _____ | filed ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | filed ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | filed ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | filed ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | filed ☐ | ☐ | ☐ | ☐ |

Notes:

Judge Martinez advised the deft of his rights.
Probable Cause hearing set for 2/23/18 at 2:00 p.m.